JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALICIA Y. RODRIGUEZ,          )   Case No. ED CV 15-0292 JCG
                Plaintiff,    )   **JUDGMENT**
                              )
        v.                    )
CAROLYN W. COLVIN,            )
COMMISSIONER OF SOCIAL        )
SECURITY,                     )
                Defendant.    )
                              )

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED:  December 11, 2015

_____
            Hon. Jay C. Gandhi
        United States Magistrate Judge